UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
UNITED STATES OF AMERICA,       :    NOTICE OF MOTION

   - v. -                                      :    S1 12 Cr. 287 (MGC)

DAVID GILMARTIN,                   :

                 Defendant.              :

                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and attached exhibits, Preet Bharara, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Stanley J. Okula, Jr. and Nanette L. Davis, counsel for the United States of America, will move this Court before the Honorable Miriam Goldman Cedarbaum, United States District Judge for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for:

    1.    An order barring the introduction of certain defense exhibits at trial; and

    2.    Such other relief as the Court deems just and proper.

Dated: January 2, 2012
       New York, New York

                           PREET BHARARA
                           United States Attorney
                           Southern District of New York

       By:   //s// Stanley J. Okula, Jr.
               Stanley J. Okula, Jr.
               Nanette L. Davis
               Assistant United States Attorneys